**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                                            :

          -against-                                            :

                                             :                    <u>ORDER</u>

JOSE DULBERTO APRAEZ PANTOJA,                                        :

                                             :          24 Cr. 281-1 (GBD)

               Defendant.                                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The status conference currently scheduled for December 17, 2025, is hereby adjourned to

February 18, 2026, at 10:00 a.m. Time is excluded between December 17, 2025, and February 18,

2026, in the interests of justice.

Dated:  New York, New York
       December 15, 2025

                                       SO ORDERED.

                                     *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge