**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 25, 2026

> The conference currently scheduled for July 16, 2026, is hereby adjourned to September 15, 2026, at 9:45 a.m.

BY ECF
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: **JUN 3 0 2026**

Re:    *United States v. Apraez Pantoja*, 24 Cr. 281 (GBD)

Dear Judge Daniels:

The Government respectfully writes on behalf of the parties to request a 60-day adjournment of the status conference currently scheduled for July 16, 2026. The parties are engaged in discussions regarding a potential resolution short of trial and require additional time to continue those discussions. In addition, the defense would like additional time to review the discovery with their client, much of which is in Spanish.

The Government also requests that time be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the date of the next conference. The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will enable the defense to review discovery and enable the parties to continue to work towards a pretrial resolution. The defendant consents to this exclusion of time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: ___*s/*_____
Chelsea Scism / Adam Sowlati
Assistant United States Attorneys
(212) 637-2105 / 2438

Cc:    David S. Zapp and Johanna Sanger Zapp,
       counsel to the defendant (by ECF)