**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

-against-

JOSE DULBERTO APRAEZ PANTOJA,

Defendant.

------------------------------------ x

ORDER

24 Cr. 281-1 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference currently scheduled for October 22, 2026, is hereby adjourned to December 15, 2026, at 10:00 a.m.

Dated: October 14, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge