Case 1:24-cr-00281-GBD Document 44 Filed 10/21/26 Page 1 of 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 21, 2026

**BY ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

George B. Daniels

**George B. Daniels, U.S.D.J.**

**Dated:** OCT 22 2026

**Re: *United States v. Apraez Pantoja*, 24 Cr. 281 (GBD)**

Dear Judge Daniels:

On October 14, 2026, the Court adjourned the status conference scheduled for October 22, 2026, to December 15, 2026. The Government respectfully requests that time be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through December 15, 2026. The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will enable the defense to review discovery and enable the parties to continue to work towards a pretrial resolution. The defendant consents to this exclusion of time.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: *s/*
Chelsea Scism / Adam Sowlati
Assistant United States Attorneys
(212) 637-2105 / 2438

Cc: David S. Zapp and Johanna Sanger Zapp,
counsel to the defendant (by ECF)